# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re: <u>Ordell Elizabeth Moon</u>　　Case No: <u>23-10537</u> (if known)

　　　　　　　　　　　　　　　　　Chapter <u>7</u>

FILED
OCT 2 6 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/their knowledge.

Date: <u>10/26/2023</u>　　　　　　　<u>　　　Don Shannon POA: Ordell Elizabeth Moon</u>
　　　　　　　　　　　　　　　　　Debtor

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　Joint Debtor

# Chapter 7 Mailing Matrix

Deutsche Bank National Trust Company
1999 Avenue of the Stars STE 3750
Los Angeles, CA 90067
(310) 788-6200

Citibank, N.A.
388 Greenwich St
New York, NY 10013
(866) 252-0118

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954