Ordell Elizabeth Moon
℅ Don Shannon **AR**
420 Lakeville St.
Petaluma, CA 94952



FILED

NOV 07 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
ORDELL ELIZABETH MOON

Case No. 23-10537
(Chapter 7)

Petitioner/Debtor.
_____/

Motion for Requesting Time to File Schedules, Statement of Financial Affairs, Plan and other documents

The motion of Ordell Elizabeth Moon by Authorized Representative (hereinafter "**AR**") under Power of Attorney (hereinafter "**POA**"), Don Shannon, respectfully presents:

1. Debtor has filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on October 26, 2023, prior to the date hereof.

2. Debtor has not previously requested the court to extend the time to file papers.

3. Debtor is an elderly disabled lady and the **AR** has the task of putting together all the required documents for this instant petition and will need approximately 45 days to locate and prepare all foundational documentation in compliance with order of the court.

4. Debtor needs more time to determine other lawful claimants before plan, schedules and other documents can be submitted.

5. Debtor being disabled, thus, **AR** begs the court's consideration of such, as Debtor needs more time to determine other lawful claimants before plan, schedules and other documents can be submitted.

WHEREFORE, debtor prays that the time for filing schedules, plan, statement of affairs and other documents be extended for forty-five days, and that he have such other and further relief as is just.

DATED: 03 November 2023

Respectfully Presented,

By: _____
Don Shannon AR by POA

Ordell Elizabeth Moon
℅ Don Shannon **AR**
420 Lakeville St.
Petaluma, CA 94952

Page of 1 of 3

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re  
ORDELL ELIZABETH MOON

Case No. 23-10537  
(Chapter 7)

Petitioner/Debtor:

_____/

Declaration of Service

I, declare as follows:

I am over the age of eighteen years old.

On November 3, A.D. 2023 I served by U.S. Mail a true copy of Debtor's Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other documents, Order Granting Time To File Schedules, Statement of Financial Affairs, Plan and other documents in the UNITED STATES BANKRUPTCY COURT, CALIFORNIA NORTHERN BANKRUPTCY COURT to:

| | | |
|---|---|---|
| Paul Mansdorf | Deutsche Bank Nat'l Trust Co. | Citibank, N.A. |
| 1569 Solano Ave, #703 | 1999 Avenue of the Stars STE 3750 | 388 Greenwich St |
| Berkeley, CA 94707 | Los Angeles, CA 90067 | New York, NY 10013 |

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 03 November 2023     By: _____  
                                          Don Shannon AR by POA

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE

Page of 3 of 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
ORDELL ELIZABETH MOON

Case No. 23-10537
(Chapter 7)

Petitioner/Debtor.

_____/

## Order Granting Further Time To File Schedules, Statement of Financial Affairs, Plan and other documents

Upon the motion of Ordell Elizabeth Moon, the above-named debtor, praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is:

ORDERED that the time of said debtor to file schedules and statement of affairs be, and hereby is extended for _____ days from the date of this order.

Dated: _____

_____
Bankruptcy Court Judge

Ordell Elizabeth Moon
℅ Don Shannon AR
420 Lakeville St.
Petaluma, CA 94952