Form FTP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Ordell Elizabeth Moon  Debtor(s) | Case No.: 23−10537 CN 7  Chapter: 7 |

## ORDER AND NOTICE RE: FAILURE TO PAY FILING FEE

According to the court's records, the debtor(s) in this Chapter 7 case has failed to pay the appropriate filing fee in accordance with 28 U.S.C. §1930.

Pursuant to 11 U.S.C. §102(1), §105(a), and §707(a)(2), §1112(4)(K) or §1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee for Amended Sch D, E/F or Matrix or

2. The debtor(s) or a party−in−interest files a written objection to this order and requests a hearing.

ADMINISTRATIVE FEE AND FILING FEE PAYMENTS MUST BE MADE IN THE EXACT AMOUNTS. COURT FEES MAY BE PAID ONLINE USING A DEBIT CARD, PAYPAL, OR ACH (BANK ACCOUNT TRANSFER) VIA PAY.GOV. PAYMENTS MAY ALSO BE IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. PERSONAL CHECKS AND CASH ARE NOT ACCEPTED. PLEASE INCLUDE THE DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER WITH ALL PAYMENTS.

**Mailing Address:**
U.S. Bankruptcy Court
99 South "E" Street
Santa Rosa, CA 95404

**In person filing via Drop Box:**
**For location information, refer to the Court's website at**
**https://www.canb.uscourts.gov/content/page/court−operations−during−covid−19−outbreak**.

Dated: 11/21/23

By the Court:

Charles Novack
United States Bankruptcy Judge