# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 11/21/2023 |
| Case: 23−10537 | Form ID: FTP | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
tr      Paul Mansdorf      paul@mansdorftrustee.com

                                                           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ordell Elizabeth Moon      1905 Bristol St.      Petaluma, CA 94954

                                                           TOTAL: 1