In re:                                                                                          Case No. 23-10537-CN

Ordell Elizabeth Moon                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0971-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: pdfntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ordell Elizabeth Moon, 1905 Bristol St., Petaluma, CA 94954-8531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2023                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Paul Mansdorf | paul@mansdorftrustee.com  Paul.Mansdorf@txitrustee.com,ecf.alert+Mansdorf@titlexi.com |

TOTAL: 2

Office of the Clerk
United States Bankruptcy Court
Northern District of California

Notice of Deficiency

November 28, 2023

Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954

Ordell Elizabeth Moon and Case No. 23-10537-CN

The Clerk's Office has received correspondence from you and is unable to accept/process the items received for the following reason(s):

☒ Personal checks and third-party checks are not accepted. The Court only accepts Cashier's Checks and Money Orders. Alternatively, payment may be made using Pay.Gov which can be accessed by visiting the court's website at https://www.pay.gov/public/form/start/1130342985.

☐ The payee on the check is incorrect. The payment must be made payable to Clerk, U.S. Bankruptcy Court.

☐ The amount remitted is incorrect. Please resubmit payment in the correct amount of **$_____**

☐ The check/Cashier's Check/Money Order is not signed. Please sign and resubmit to the Court.

☒ A fee is required in the amount of **$32.00** for Amended Schedules D, E/F.

☐ The incorrect form was used for the Chapter 13 Plan filed in the above-referenced case. For information and approved forms, please visit the court's website at https://www.canb.uscourts.gov/.

☐ Other: _____

Sincerely,
Edward J. Emmons, Clerk of Court

By: DaWana Chambers
Deputy Clerk