Certificate Number: 05781-CAN-DE-038007552

Bankruptcy Case Number: 23-10537


05781-CAN-DE-038007552

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2023, at 10:28 o'clock PM PST, Ordell Moon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: December 9, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President