# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 2/1/2024 |
| Case: 23−10537 | Form ID: 318 | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15562020    Dan Joyce

                                                                                                                                                           TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust        Office of the U.S. Trustee / SR       USTPRegion17.SF.ECF@usdoj.gov
tr         Paul Mansdorf       paul@mansdorftrustee.com

                                                                                                                                                           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Ordell Elizabeth Moon       1905 Bristol St.       Petaluma, CA 94954
smg       CA Franchise Tax Board       Bankruptcy Group       P.O. Box 2952       Sacramento, CA 95812−2952
smg       CA Employment Development Dept.       Bankruptcy Group MIC 92E       P.O. Box 826880       Sacramento, CA 94280−0001
15562021    Cenlar       PO Box 77423       Ewing, NJ 08628
15554651    Citibank, N .A.       388 Greenwich St       New York, NY 10013
15554650    Deutsche Bank National Trust Company       1999 Avenue of the Stars STE 3750       Los Angeles CA 90067
15554652    Trustee Corps       17100 Gillette Ave       Irvine, CA 92614

                                                                                                                                                           TOTAL: 7