# Notice Recipients

District/Off: 0971−1     User: admin     Date Created: 2/22/2024
Case: 23−10537     Form ID: FIND     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SR     USTPRegion17.SF.ECF@usdoj.gov
tr     Paul Mansdorf     paul@mansdorftrustee.com

                                           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ordell Elizabeth Moon     1905 Bristol St.     Petaluma, CA 94954

                                           TOTAL: 1