Ordell Elizabeth Moon
1905 Bristol St.
Petaluma, CA 94954



FILED

FEB 23 2024

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**ORDELL ELIZABETH MOON**

Petitioner/Debtor

Case No: 23-10537

18 U.S. Code § 4 – Misprision of felony

Motion for Urgent Request of Clarification and Motion for Order to Suspend the Sale of Petitioner's Home

Judge: Charles Novack

_____/

TO THE HONORABLE JUDGE Charles Novack, I, Don Shannon, the Authorized Representative (hereinafter "**AR**") for Petitioner/Debtor, Ordell Elizabeth Moon need you to clarify your Discharge order and suspend the sale of Ordell Elizabeth Moon's Property that is scheduled for sale on February 28, 2024 by CITIBANK/CENLAR's Agent MTC FINANCIAL INC., DBA TRUSTEE CORPS immediately. Since the filing of this chapter 7 case, we had four separate 341 meetings, and there were no secured party creditors or counsel for the alleged creditors, CITIBANK or DEUTSCHE BANK, or their servicers CENLAR or PHH, were present in any of the four meetings. Mr. Paul Mansdorf who was assigned as the Trustee and conducted the 341-meetings is an outside, third-party, no oath of office, unbonded sub-contractor. On the second and third 341 meeting, U.S. Trustee Mr. Fletcher made a special

appearance to provide guidance for Mr. Mansdorf through the proceedings. On the fourth 341 meeting, Mr. Mansdorf was immediately trying to dismiss the case for nonappearance without acknowledging my presence. I repeated to Mr. Mansdorf that I was Present and when I asked Mr. Mansdorf where U.S. Trustee Mr. Fletcher was, he answered he didn't know. U.S. Trustee Mr. Fletcher was nowhere to be found. In the absence of U.S. Trustee Mr. Fletcher, I then requested for Attorney General and Trustee Merrick Garland Pursuant to 28 U.S.C. § 581 (a). I once again called out for the alleged creditors and their counsels, Mr. Mansdorf also called out for the alleged creditors and their counsels. There were no creditors or counsels to make any claims against Ordell Elizabeth Moon or her property. Nevertheless, I instructed Mr. Mansdorf as the trustee to set off, settle and discharge all liabilities for Ordell Elizabeth Moon Pursuant to 31 U.S.C. § 5118 d (1) d (2). He, however, stated only Judge Novack has the authority to set-off, settle, and discharge all liabilities for Ordell Elizabeth Moon. I asked him again if he was the Trustee, and he replied "No, I am the Trustee of Case No. 23-10537 for Ordell Elizabeth Moon." Immediately after, Mr. Mansdorf, without Trustee Authority, abruptly abandoned the court as you can clearly see from the evidence provided within the attached transcript in Exhibit A.

Subsequently, on February 1, 2024 Judge Novack ordered a discharge to Ordell Elizabeth Moon Pursuant to 11 U.S.C § 727. Again, I wish to remind the court and honorable Judge Novack on all four of the 341 meetings, there were no alleged creditors or counsel present to claim Petitioner Ordell Elizabeth Moon owed any debts to anyone; This included CITIBANK and its Servicer CENLAR and DEUTSCHE BANK and its servicer PHH. How does Ordell Elizabeth Moon owes any debt to anybody when no alleged creditors were ever present to claim any secured or unsecured debts? Furthermore, as per California Secretary of State's Official Records

Per Exhibit B, there is no record of any liens, as required by UCC-1, filed against Ordell Elizabeth Moon. What gives CITIBANK, CENLAR and their Agent TRUSTEE CORPS the authority to sell and foreclose Ordell Elizabeth Moon's home On February 28, 2024? Unless you, Trustee Novack, put a stop to this crime, an unbonded, unlicensed, uninsured, third-party Auctioneer will be illegally selling Ordell Elizabeth Moon's Property on February 28, 2024, you will be complicit in this crime. I, hereby, request Judge and Trustee Charles Novack to step-in and stop the theft and protect Ordell Elizabeth Moon, the beneficiary as she is in imminent danger of being thrown to street and becoming homeless. Judge and Trustee Novack has a fiduciary responsibility to protect the properties of Ordell Elizabeth Moon, the beneficiary. Trustee, Judge Charles Novack, you did sign an Oath of Office and swear to uphold the Constitution, So Help You God!!! WE THE PEOPLE demand our voices be heard and our unalienable rights given to us by God be protected. Therefore, I demand you as the Trustee to perform your fiduciary duties to protect and serve Ordell Elizabeth Moon, the beneficiary, and Preserve her Property Immediately. Otherwise, I will have no choice but to inform the Judge Advocate General, the Attorney General of California and the Secretary of State about your involvement in this crime.

Respectfully submitted.

Dated: February 23, 2024

Don Shannon, A/R for Petitioner

CC: **Judge Advocate General**
CC: **Attorney General of California**
CC: **Secretary of State**
CC: **CITIBANK/CENLAR**
CC: **DEUTSCHE /PHH**
CC: **MTC FINANCIAL INC., DBA – TRUSTEE CORPS**

# EXHIBIT A

```
                    UNITED STATES BANKRUPTCY COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| In Re: | ) Case No. 23-10537-CN |
| | ) Chapter 7 |
| | ) |
| ORDELL ELIZABETH MOON, | ) <u>TRANSCRIPT of the</u> |
| | ) <u>SECTION 341(a)</u> |
| | ) <u>MEETING of CREDITORS</u> |
| Debtor. | ) |
| | ) |
| _____ ) January 24, 2024 | |

<u>Appearances</u>:


Paul Mansdorf, Chapter 7 Trustee (conducting the meeting)
1569 Solano Avenue, Suite 703
Berkeley, California  94707
(510) 526-5993


Don Shannon, appearing for debtor
 Ordell Elizabeth Shannon









Transcribed by:          Susan Palmer, Certified Electronic
                           Transcriber 00124
                         Palmer Reporting Services




            Proceedings recorded by digital recording;
 transcript produced by federally-approved transcription service.

```
 1  Wednesday, January 24, 2024                    1:30 o'clock p.m.
 2                         P R O C E E D I N G S
 3          MR. MANSDORF:  Case of Ordell Elizabeth Moon, Case
 4  23-10537.  Is there any appearance in the case of Ordell
 5  Elizabeth Moon, Case 23-10537?
 6          MR. SHANNON:  Don Shannon for Ordell Moon.
 7          MR. MANSDORF:  Okay.  Is there a representative from
 8  the U.S. Trustee present?
 9          All right.  Is — is Ms. Moon here?
10          MR. SHANNON:  Don Shannon, AR for Mrs. Moon.
11          MR. MANSDORF:  Is Ms. Moon here?
12          MR. SHANNON:  Not in the room.
13          MR. MANSDORF:  Okay.  And I don't — haven't received
14  any identification of Ms. Moon after over two months.  So I'm
15  going to ask the Court to dismiss this case for failure to
16  appear.  Thank you.
17          MR. SHANNON:  Whoa, whoa, whoa, whoa, hey.
18          MR. MANSDORF:  I'm going to ask the Court to dismiss
19  the case for failure to appear.
20          MR. SHANNON:  Today —
21          MR. MANSDORF:  Is there anyone here from the Office —
22          MR. SHANNON:  Today — today's meeting is to set off
23  and settle, discharge liabilities of Ordell Moon.  Mr. Mansdorf,
24  are you —
25          MR. MANSDORF:  I'm going to —
```

```
 1         MR. SHANNON:  — are you the common —
 2         MR. MANSDORF:  I'm going to ask the Court —
 3         MR. SHANNON:  Mr. — Mr. Mansdorf, please, are you the
 4  common law trustee, 28 USC 518, Section (a), for Ordell Moon?
 5  Yes or no.
 6         MR. MANSDORF:  This is not your opportunity to ask me
 7  questions.  I'm going to —
 8         MR. SHANNON:  The question is a yes or no.  Are you
 9  her trustee?
10         MR. MANSDORF:  I am the trustee of the case of Ordell
11  Elizabeth Moon, Case 23-10537 —
12         MR. SHANNON:  Then today we will be — we will be
13  adjusting her account, setting off, settling and discharging her
14  liabilities.  As per public policy 31 —
15         MR. MANSDORF:  This is —
16         MR. SHANNON:  — USC, 5118 Section (d)(1) and (2).
17  That's what we're here for today.  That's what our meeting is.
18  So I need to know if you're the —
19         MR. MANSDORF:  I'm not —
20         MR. SHANNON:  — actual trustee.  Are you the trustee —
21         MR. MANSDORF:  I — I won't —
22         MR. SHANNON:  Mr. Mansdorf, are you the trustee?  Are
23  you going to be responsible for setting off, discharging the
24  liability for Mrs. Moon, under public policy —
25         MR. MANSDORF:  That is —
```

1  MR. SHANNON: 31 USC, 5118, Section (d)(1) and (2)?
2  It's just a question.
3  MR. MANSDORF: Make — Mr. Shannon, this is not your
4  opportunity to ask —
5  MR. SHANNON: It is because that's what the meeting is
6  for, it's to set off and discharge. I'm here to set off and
7  discharge.
8  MR. MANSDORF: It's actually not. I don't enter a
9  discharge, I am not the judge. Only the judge discharges —
10  MR. SHANNON: I need — I need to be —
11  MR. MANSDORF: That's first —
12  MR. SHANNON: — I need to be speaking to the trustee
13  for Mrs. Moon, the authorized trustee for Mrs. Moon. The one
14  that —
15  MR. MANSDORF: I am —
16  MR. SHANNON: — is scheduled to be at this meeting
17  today. Where is — where is — where is Mr. Fletcher?
18  MR. MANSDORF: I don't know.
19  MR. SHANNON: Where are the creditors, supposed
20  creditors?
21  MR. MANSDORF: — has not appeared. I —
22  MR. SHANNON: Where — where are counsel —
23  MR. MANSDORF: Mr. Shannon, —
24  MR. SHANNON: Where is counsel?
25  MR. MANSDORF: Mr. Shannon, —

1  MR. SHANNON: Mr. Mansdorf, are you the trustee or
2  not? The trustee for Mrs. Moon —
3      (Simultaneous talking.)
4      MR. SHANNON: This is just a simple question.
5      MR. MANSDORF: Mr. Shannon, —
6      MR. SHANNON: Are you the trustee —
7      MR. MANSDORF: Mr. Shannon, —
8      MR. SHANNON: — if you are not willing to settle
9  today —
10     MR. MANSDORF: Mr. Shannon, —
11     MR. SHANNON: — if you're not willing to settle today
12 and answer the question yes or no if you're the trustee for Mrs.
13 Moon, as pursuant to public policy 31 USC, 518, Section (d)(1)
14 and (2), I don't know what else to tell you. I need to talk —
15 if it has to move up —
16     (Simultaneous talking.)
17     MR. SHANNON: — for Mr. — to Mr. Fletcher, then it
18 needs to move up to — to the Attorney General Merrick Garland,
19 I'm ready, I'm here to — I'm here at this 341 Meeting of
20 Creditors to discharge the debt. Let's get that person on the
21 phone —
22     (Simultaneous talking.)
23     MR. SHANNON: Mr. Mansdorf, you have — you have abused
24 me —
25     (Simultaneous talking.)

1  MR. SHANNON: — you have abused Mrs. Moon and —
2  (Simultaneous talking.)
3  MR. SHANNON: Hey, are you the trustee or not?
4  MR. MANSDORF: I am the trustee that the U.S. Trustee
5  appointed to this case. Now will you please be quiet and listen
6  to me for a moment —
7  (Simultaneous talking.)
8  MR. SHANNON: You need to set public policy 34 USC,
9  5118 —
10  MR. MANSDORF: Mr. Shannon, —
11  MR. SHANNON: — Section (d)(1) and (2).
12  MR. MANSDORF: Mr. Shannon, I will not conduct the
13  conference unless you listen to me.
14  MR. SHANNON: Then we'll order the transcripts and —
15  (Simultaneous talking.)
16  MR. SHANNON: — we'll prove that you're not the
17  trustee.
18  MR. MANSDORF: Listen to me, Mr. Shannon. I do not
19  settle debts, I do not decree debts as discharged. That is what
20  the judge does. I do not do that. Now is my opportunity to ask
21  the debtor questions relating to the schedules and statements
22  filed with the Court. And if any creditors have any questions
23  for her, it is the time for the creditors to ask questions of
24  the debtor.
25  MR. SHANNON: Perfectly.

Case: 23-10537   Doc# 24   Filed: 02/23/24   Entered: 02/23/24 15:11:09   Page 10 of 17

```
 1         MR. MANSDORF:  I do not discharge debt, I do not
 2  settle debt.  That is not the job of the Chapter 7 trustee —
 3         MR. SHANNON:  Any creditors here today?
 4         MR. MANSDORF:  — and the debtor —
 5         MR. SHANNON:  Any creditors here?
 6         MR. MANSDORF:  I will call for creditors again.
 7         Are there any creditors in the Case of Ordell
 8  Elizabeth Moon, Case 23-10537?
 9         MR. SHANNON:  They have all been send audits.  I mean
10  their — their forensic audits are — they have received them.
11         MR. MANSDORF:  I don't know what they have or haven't
12  received.  That's between the debtor and —
13     (Simultaneous talking.)
14         MR. SHANNON:  They're here to appear —
15     (Simultaneous talking.)
16         MR. SHANNON:  — because they — they have been asked to
17  bring all the documents to this meeting and they're nowhere to
18  be found and they're not responding.
19         MR. MANSDORF:  Well, —
20         MR. SHANNON:  So I need to talk to the — the —
21         MR. MANSDORF:  That is for the —
22         MR. SHANNON:  — actual trustee for Mrs. Moon —
23         MR. MANSDORF:  That's — Mr. Shannon, Mr. Shannon, that
24  was a matter between the debtor and the judge and the creditors.
25  That is not the matter for me —
```

1   (Simultaneous talking.)
2      MR. SHANNON: Well, if you're — if you're —
3      MR. MANSDORF: — Chapter 7 trustee —
4      MR. SHANNON: — subcontractor, you're a subcontractor underneath Mr. Fletcher, Mr. Fletcher needs to get on the phone and set off this debt, as per public policy 31 USC, 5118, Section (d)(1) and (2). That's what today's meeting is all about. Where is Mr. Fletcher?
9      MR. MANSDORF: I don't know.
10     MR. SHANNON: Well, —
11     MR. MANSDORF: I do not know where Mr. Fletcher —
12     (Simultaneous talking.)
13     MR. SHANNON: Mr. — Mr. Fletcher has the authorization. He has the ability to set off this debt, because he — are you a bar-licensed attorney?
16     MR. MANSDORF: He's not — Mr. Fletcher is not the judge either. Just —
18     MR. SHANNON: Mr. — Mr. Fletcher, whoever represents himself as the trustee for Ordell Moon, who — whoever is the common law trustee, 28 USC, 518, Section (a), for Ordell Moon, please speak up. Where are you?
22     MR. MANSDORF: I am going to — I am going to ask the Court to dismiss this case so —
24     (Simultaneous talking.)
25     MR. SHANNON: You can't dismiss a case because you're

1 not the trustee. You need to set off and discharge. That's
2 what the meeting is —
3        MR. MANSDORF: I don't —
4        MR. SHANNON: — today. Today's meeting is —
5    (Simultaneous talking.)
6        MR. SHANNON: — set off, settle, discharge liabilities
7 for Mrs. Moon under public policy 31, USC 518(d)(1) and (2). If
8 you hang up on me, yes, I'll order the transcripts and then I'll
9 take you to court because you're not the trustee.
10        MR. MANSDORF: I have no response to you. I'm just
11 going to cease the conference. Thank you.
12        [RECORDING]: The leader has disconnected. This
13 conference will now end.
14    (Recording ends, length of audio file: Nine minutes, 53
15 seconds.)
16                                   —o0o—

```
State of California      )
                         )    SS.
County of Stanislaus     )
```

I, Susan Palmer, certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the digital recording, file named "New-Recor.m4a", provided to me by Mr. Don Shannon, of the 341 Meeting of Creditors taken on the date and time previously stated in the above matter.

I further certify that I am not a party to nor in any way interested in the outcome of this matter.

I am a Certified Electronic Reporter and Transcriber by the American Association of Electronic Reporters and Transcribers, Certificate Nos. CER-124 and CET-124. Palmer Reporting Services is approved by the Administrative Office of the United States Courts to officially prepare transcripts for the U.S. District and Bankruptcy Courts.

*Susan Palmer*

Susan Palmer
Palmer Reporting Services
2129 Golden West Lane
Modesto, California 95350-0205
(209) 915-3065

Dated February 2, 2024

# EXHIBIT B

# California
*Secretary of State*

Business    UCC

Login

Home

# UCC Search

Print

Search

UCC Documents have been processed through: 02/07/2024

Forms

**Disclaimer:** This tool allows you to search the California Secretary of State's Uniform Commercial Code database for abstracts of information for lien notices that have been filed with this office. The UCC Search is updated as documents are filed. The data provided is not a complete or certified record.

Help

ordell elizabeth moon

## Advanced Search

**Status**

[ All ⌄ ]

**File Type**

[ All ⌄ ]

**File Date**

Start                               End

[ MM/DD/YYYY ]                      [ MM/DD/YYYY ]

**Lapse Date**

Start                               End

[ MM/DD/YYYY ]                      [ MM/DD/YYYY ]

Search    Clear Filters

Advanced ∧

© 2024 CA Secretary of State

Case: 23-10537    Doc# 24    Filed: 02/23/24    Entered: 02/23/24 15:11:09    Page 16 of 17

| California | | | Login |
| --- | --- | --- | --- |
| Secretary of State | Business | UCC | |

Home

Search

Forms

Help

# No results were found for "ordell elizabeth moon"

Try your search again with different filters or a different search term.

© 2024 CA Secretary of State

Case: 23-10537   Doc# 24   Filed: 02/23/24   Entered: 02/23/24 15:11:09   Page 17 of 17